Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| HIGHLAND HOLDINGS, INC., a Washington corporation, | Cause No. 2:21-cv-00065-RSM |
|---|---|
| Plaintiff, | STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND ORDER |
| v. | |
| INDIVA, INC., a Canadian corporation, | **NOTE ON MOTION CALENDAR:** **June 28, 2021** |
| Defendant. | |

COME NOW the parties to this case, and jointly move that this Court extend the initial scheduling deadlines in its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, dated February 16, 2021 [docket # 4], as follows:

**INITIAL SCHEDULING DATES**

| Event: | Deadline (per February 16, 2021 Order): | Proposed Deadline: |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 03-16-2021 | August 16, 2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 03-23-2021 | August 23, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 03-30-2021 | August 30, 2021 |

Joint Motion to Extend Deadlines – page 1
Cause No. 2:21-cv-00065-RSM

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

The reason for the request for an extension is that the defendant, Indiva, Inc., is a Canadian company with its principal place of business in London, Ontario, Canada. Therefore, international service of process was made through the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention," located at FRCP 4, footnote) and took several months to accomplish. Also, the Covid-19 worldwide pandemic served as a delay to this international service of process. Service was finally made on May 14, 2021 [docket # 6] and local counsel for defendant entered their Notice of Appearance on June 2, 2021 [docket #5]. Additionally, the parties are engaged in discussions regarding potential resolution and request the extension of the above deadlines to allow them to continue to pursue settlement discussions without the need to devote time and resources to potential litigation.

The parties, as evidenced by the electronic signatures below, are in agreement to this extension of time.

Respectfully submitted this 28th day of June, 2021.

| VI JEAN RENO | CORR CRONIN LLP |
|---|---|
| /s/ Vi Jean Reno | /s/ Todd T. Williams |
| Vi Jean Reno, WSBA No. 9385 | Todd T. Williams, WSBA No. 45032 |
| Law Offices of Vi Jean Reno | Corr Cronin LLP |
| 1420 Fifth Avenue, Suite 3000 | 1001 Fourth Avenue, Suite 3900 |
| Seattle, WA 98101 | Seattle, WA 98154 |
| Telephone: (206) 622-4100 | Telephone: (206) 625-8600 |
| Fax: (206) 464-0461 | Fax: (206) 625-0900 |
| Email: vjreno@renolawsea.com | Email: twilliams@corrcronin.com |
| Attorneys for Plaintiff Highland Holdings, Inc. | Attorneys for Defendant Indiva, Inc. |

Joint Motion to Extend Deadlines – page 2
Cause No. 2:21-cv-00065-RSM

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

# ORDER

The parties having so stipulated, and the Court finding good cause for entry hereof,

NOW THEREFORE, IT IS HEREBY ORDERED that the case schedule be reset in accordance with the above listed dates.

DATED this 29th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Vi Jean Reno
Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Email: vjreno@renolawsea.com
Phone: (206) 622-4100
Fax: (206) 464-0461
Attorneys for Plaintiff Highland Holdings, Inc.

CORR CRONIN LLP

 /s/ Todd T. Williams
Todd T. Williams, WSBA No. 45032
Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: twilliams@corrcronin.com
Attorneys for Defendant Indiva, Inc.

Joint Motion to Extend Deadlines – page 3
Cause No. 2:21-cv-00065-RSM

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Todd T. Williams of Corr Cronin LLP
Attorneys for Defendant Indiva, Inc.

Dated this 28th day of June, 2021.
 /s/ Vi Jean Reno
Vi Jean Reno

Joint Motion to Extend Deadlines – page 4
Cause No. 2:21-cv-00065-RSM

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*