# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HIGHLAND HOLDINGS, INC., | CASE NO. 21-CV-00065 |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| INDIVA, INC., | |
| Defendant. | |

Pursuant to the parties' stipulation, Dkt. No. 15, the Court dismisses with prejudice all claims by and between Plaintiff Highland Holdings, Inc. and Defendant Indiva, Inc. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties will bear their own attorney fees and costs.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of January, 2022.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1